```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION
```

JOHN C. BLAND                    ]
    Plaintiff,               ]
                             ]
v.                               ]    No. 3:08-0154
                             ]    Judge Echols
NORTHWEST PRISON COMPLEX         ]
ADMINISTRATION, et al.           ]
    Defendants.              ]

## O R D E R

The Court has before it plaintiff's *pro se* "Motion for Release of Funds in a Civil Judgment Order" (Docket Entry No. 8). Pro se plaintiff seeks return of the $350 filing fee he paid in February 2008 to file his complaint.

Plaintiff filed his complaint in this Court on February 14, 2008. On the same day, the Court directed Plaintiff to either pay the $350 filing fee or submit a motion to proceed in forma pauperis. On February 15, 2010, Plaintiff paid the filing fee, but on February 26, 2008, Plaintiff filed a motion to proceed in forma pauperis. Since Plaintiff paid the filing fee, Plaintiff's motion to proceed in forma pauperis was moot. In reviewing the complaint, the Court determined that venue was not proper in this district and transferred plaintiff's action to the United States District Court for the Western District of Tennessee, Eastern Division (Docket Entry No. 5).

The Court assumes from the pending motion that since Plaintiff filed a motion to proceed in forma pauperis he believes his filing

fee should be returned.  However, the fact that he paid the filing fee proves he is not indigent.  He cannot now get a free ride.  Therefore, plaintiff's "Motion for Release of Funds in a Civil Judgment Order" has no merit and is hereby DENIED.

It is so ORDERED.

_____
Robert L. Echols
United States District Judge